COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

NICKEY JARMAIN TRAYLOR,

§                                        No. 08-15-00223-CR

Appellant,

§                                        Appeal from

v.

§                                        291st District Court

THE STATE OF TEXAS,

§                                        of Dallas County, Texas

Appellee.

§                                        (TC # F-1371827-U)

§

## **O P I N I O N**

Nickey Jarmain Traylor appeals from a judgment adjudicating him guilty of aggravated sexual assault of a child. Appellant waived his right to a jury trial and entered an open plea of guilty to aggravated sexual assault of a child. The trial court deferred adjudicating Appellant guilty and placed him on deferred adjudication community supervision for a term of ten years. The State later filed a motion to adjudicate guilt alleging Appellant had violated the terms and conditions of community supervision. After a hearing, the trial court found the allegations true, entered an adjudication of guilt, and assessed Appellant's punishment at imprisonment for a term of ten years. We modify the judgment to reflect that Appellant entered a plea of not true to the motion to adjudicate guilt, and affirm as so modified.

## **FRIVOLOUS APPEAL**

Appellant's court-appointed counsel has filed a brief in which she has concluded that the

appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 407 n.9 (Tex.Crim.App. 2008)("In Texas, an Anders brief need not specifically advance 'arguable' points of error if counsel finds none, but it must provide record references to the facts and procedural history and set out pertinent legal authorities."); *High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978). Counsel has notified the Court in writing that she has delivered a copy of counsel's brief and the motion to withdraw to Appellant, and she has advised Appellant of his right to review the record, file a *pro se* brief, and to seek discretionary review. *Kelly v. State*, 436 S.W.3d 313, 318-20 (Tex.Crim.App. 2014)(setting forth duties of counsel). Counsel also provided Appellant with a copy of the appellate record. Appellant has not filed a *pro se* brief.

We have carefully reviewed the record and counsel's brief. We agree that the appeal is wholly frivolous and without merit, and we find nothing in the record that might arguably support the appeal. The judgment of the trial court is modified to reflect that Appellant entered a plea of not true to the motion to adjudicate guilt, and affirmed as so modified.

August 24, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)